MILES *against* TANNER.

3 PW 95
30 SC 209

3pw 95
35 SC 99

It is not error that the Court of Common Pleas refused to grant a second rule to amend an appeal, and quashed it because it was defective.

ERROR to *Warren* county.

In this suit, which originated before a justice of the peace, the plaintiff in error was the plaintiff below. The justice rendered a judgment upon a report of referees in favor of the defendant; from which the plaintiff appealed. The appeal having been defective, the court granted a rule to show cause why it should not be quashed; and also granted leave to the plaintiff to file an amended transcript. When the rule came on to be argued, the amended transcript was still defective; and the plaintiff asked for a second rule to amend, which the court refused, and quashed the appeal. This was assigned as error.

*Babbit* for plaintiff in error.

*Struthers, contra.*

PER CURIAM.—The court was bound to receive nothing under the rule to amend, but an amended transcript properly certified; and the plaintiff, having neglected to perfect his transcript when an opportunity was afforded, could claim no further indulgence.

Judgment affirmed.